**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NAOMI S. BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-04-1252-F |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On October 11, 2005, United States Magistrate Judge Shon T. Erwin issued the Findings & Recommendation of Magistrate Judge, wherein he found that the decision of the Commissioner of the Social Security Administration was supported by substantial evidence and should be affirmed.  Magistrate Judge Erwin therein advised the parties of their right to object to the findings and recommendation within 20 days of the date of filing.

To date, no objection to the findings and recommendation has been filed  and no request for an extension of time  to object has been filed.  With no objection being filed by either party within the time prescribed, the court accepts, adopts and affirms the Findings & Recommendation of Magistrate Judge in its entirety.

Accordingly, the court **ACCEPTS**, **ADOPTS** and **AFFIRMS** the Findings & Recommendation of Magistrate Judge issued by United States Magistrate Judge Shon T. Erwin on October 11, 2005 (doc.  no. 16).

The final decision of the Commissioner of the Social Security Administration denying plaintiff's application for disability insurance benefits is **AFFIRMED**. Judgment shall issue forthwith.

ENTERED this 3rd day of November, 2005.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-1252p005.wpd

2